■  In the Matter of ALBERT PORRECA, Appellant, v. MAURICE A. REICHMAN, as Acting Commissioner of the Department of Rent and Housing Maintenance of the City of New York, Respondent.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.